FILED

03/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Case No. DA 23-0716**

| | |
|---|---|
| RODNEY BRANDT and HEIDI BRANDT, MARSHALL FLADAGER and NEVA FLADAGER, and LARRY LAUTARET and RENA LAUTARET,<br><br>Plaintiffs/Counter-Defendants/ Appellees/Cross-Appellants,<br><br>-vs-<br><br>R&R MOUNTAIN ESCAPES, LLC, a Montana Limited Liability Company,<br><br>Defendant/Counterclaimant/ Appellant/Cross-Appellee. | **ORDER GRANTING THIRD UNOPPOSED MOTION FOR EXTENSION TO FILE OPENING BRIEF** |

Appellant R&R Mountain Escapes, LLC ("Appellant") has filed an Unopposed Motion for Extension to File Opening Brief. Appellant's counsel has represented to the Court that she has contacted counsel for Appellees and Cross-Appellants, Rodney Brandt, Heidi Brandt, Marshall Fladager, Neva Fladager, Larry Lautaret, and Rena Lautaret, and they do not object to this Motion.

For good cause appearing,

**IT IS ORDERED** that Appellant's Motion for Extension to File its Opening Brief is **GRANTED.**

**IT IS FURTHER ORDERED** that Appellant shall have up to and including May 8, 2024, to file its opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2024